UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD LEE HODGEMIRE, JR.,

    Plaintiff,

v.                                                            Case No. 1:16-cv-1413
                                                             Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

**JUDGMENT**

    In accordance with the Opinion filed this date:

    The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

    **IT IS SO ORDERED**.


Dated: March 28, 2018                                             /s/ Ray Kent
                                                                                 United States Magistrate Judge