UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD LEE HODGEMIRE, JR.,

       Plaintiff,                          Case No. 1:16-cv-1413
                                                      Hon. Ray Kent
v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**AMENDED JUDGMENT**

In accordance with the Order filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Order.

    **IT IS SO ORDERED**.


Dated: April 2, 2019                                           /s/ Ray Kent
                                                                    United States Magistrate Judge